# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VEGA, ALFONSO RIVERA, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>WEEKS WHOLESALE ROSE GROWER, INC.,<br><br>    Defendant. | Case No. 07-cv-0225 OWW TAG<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING APPLICATIONS TO PROCEED IN FORMA PAUPERIS<br>(Doc. 10) |

      This is a multi-plaintiff, putative class-action complaint alleging violations of the Agricultural Workers Protection Act, 29 U.S.C. § 1801 et seq., and several California state laws. Pretrial motions have been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

      On February 23, 2007, the Magistrate Judge filed a Report and Recommendation that recommended the Court deny each of the named Plaintiffs' applications to proceed in forma pauperis. The Magistrate Judge found that two of the six Plaintiffs did not satisfy the criteria to proceed in forma pauperis based on their income, accessible cash, and/or assets. The Magistrate Judge further found that, although the remaining four Plaintiffs were eligible to proceed in forma pauperis, their applications were due to be denied because only one filing fee was required for the multi-party suit to proceed.

      The Report and Recommendation gave notice that the Plaintiffs could file objections within ten (10) court days. Instead of objecting to the Report and Recommendation, Plaintiffs'

1

counsel paid the $350 filing fee.  (See Dkt. Entries dated March 7, 2007).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having reviewed the entire file, the Court finds the Report and Recommendation to be supported by the record and by proper analysis.

Accordingly, the Court ORDERS that:

1. The Report and Recommendation entered on February 23, 2007, is ADOPTED IN FULL;

2. Plaintiffs' applications to proceed in forma pauperis are DENIED; and

3. Because Plaintiffs have paid the filing fee in full, this action may PROCEED.

IT IS SO ORDERED.

**Dated:   March 12, 2007**                              /s/ Oliver W. Wanger
emm0d6                                                            UNITED STATES DISTRICT JUDGE