UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VEGA, ALFONSO RIVERA, JUAN MORALES, EMILIANO ARMENTA, PEDRO RIOS, and JOSE NAVA, etc. et al,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WEEKS WHOLESALE ROSE GROWER, etc.,<br><br>　　　　Defendant. | 1:07-cv-00225 TAG<br><br>ORDER GRANTING REQUEST TO CONTINUE HEARING DATE ON MOTION TO DISMISS<br><br>(Docs. 18, 19, 22) |

On July 19, 2007, Plaintiffs and Defendant filed a Stipulation (Doc. 22) requesting an order continuing the hearing date on Defendant's Motion to Dismiss (Docs. 18, 19). On July 25, 2007, the Court conducted a scheduling conference in this action, which addressed, among other issues, the parties' request to continue the hearing date on Defendant's Motion to Dismiss. The Court has considered the parties' Stipulation and the discussion of counsel at the scheduling conference, and makes the following order:

1. Good cause having been shown, the hearing on Defendant's Motion to Dismiss is continued from August 6, 2007 to Monday, September 17, 2007 at 9:00 a.m. before the undersigned at the United States District Court Courtroom, 1300 18th Street, Suite A, Bakersfield, California 93301.

2. Counsel may appear in person, or by telephone through Court Call. Any counsel wishing to appear by telephone must make advance arrangements through Court Call at (866) 582-6878. Any counsel having questions regarding Court Call may also

1

contact Courtroom Deputy Alan Leon Guerrero at (661) 326-6620 at least three court days prior to the hearing.

IT IS SO ORDERED.

Dated: **July 25, 2007**                                             **/s/ Theresa A. Goldner**
                                                                     UNITED STATES MAGISTRATE JUDGE