Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 232340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone:    (925) 283-3842
Facsimile:    (925) 283-3426
StanM@MallisonLaw.com
HectorM@MallisonLaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| **SERGIO VEGA, ALFONSO RIVERA, JUAN MORALES, EMILIANO ARMENO, PEDRO RIOS, JOSE NAVA**<br><br>Plaintiffs,<br><br>vs.<br><br>**WEEKS WHOLESALE GROWER INC., doing business as "Weeks Wholesale Rose Grower" and "Weeks Roses" and DOES 1-50,**<br><br>Defendants. | Case No.  1:07-cv-00225-TAG<br><br>**Stipulation and Order Permitting Plaintiffs to File a First Amended Complaint and Taking Defendants' Motion to Dismiss Off Calendar** |

PLAINTIFFS SERGIO VEGA, ALFONSO RIVERA, JUAN MORALES, EMILIANO ARMENO, PEDRO RIOS and JOSE NAVA (hereafter collectively referred to as "PLAINTIFFS") and DEFENDANT WEEKS WHOLESALE GROWER INC (DEFENDANT") hereby stipulate as follows:

1. On August 7, 2007 this Court ordered that:

"Plaintiff anticipates amending the complaint to assert additional claims under California Labor Code §2698. Plaintiffs shall have until September 7, 2007 to file a stipulation or noticed motion for an order granting leave to amend the complaint to add such claims. If Plaintiffs file an amended complaint, and as a result thereof, either or both parties desire an extension of time regarding the motion to dismiss, they may seek an extension either by stipulation or ex parte application showing good cause for the extension."

2. Plaintiffs now wish to amend their complaint in conformance with this Court's order to add claims under California Labor Code §2698. Defendants do not oppose the filing of this Complaint but reserve arguments that may be made in a future motion to dismiss with regards to this cause of action and this complaint.

3. As such, <u>the parties stipulate to the amendment of the operative complaint</u>. A copy of the proposed First Amended Complaint is attached to this Stipulation and Proposed OrderThere is currently a motion to dismiss regarding the operative Complaint scheduled for hearing on September 21, 2007 at 9:00 a.m.. The Parties request this court to take the motion to dismiss currently scheduled for September 21, 2007 off calendar so that Defendants may file, if they decide to do so, a motion to dismiss to this First Amended Complaint.There is good cause to permit the resetting of the motion to dismiss, as it will permit the court and the parties to resolve all of the motion to dismiss issues in one, rather than two, motions, and will save the court and the parties time and expenses.

September 6, 2007.

        LAW OFFICES OF MALLISON & MARTINEZ

        By:_____/s/ Stan s. Mallison_____
                Stan S. Mallison
                Attorneys for PLAINTIFFS

        LAW OFFICES OF SAQUI & RAIMONDO

        By:_____/s/ Anthony Raimondo_____
                Anthony Raimondo
                Attorneys for DEFENDANT

# **ORDER**

PURSUANT TO THE ABOVE STIPULATION, **IT IS ORDERED THAT**:

1. Plaintiffs may file their First Amended Complaint; and
2. The Motion to Dismiss currently set for September 21, 2007 (Docs. 18, 19, 28) is taken off calendar.

IT IS SO ORDERED.

Dated:   **September 10, 2007**                                                                                     **/s/ Theresa A. Goldner**
                                                                                                                                 UNITED STATES MAGISTRATE JUDGE