Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426
StanM@MallisonLaw.com
HectorM@MallisonLaw.com
MPalau@MallisonLaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| SERGIO VEGA, ALFONSO RIVERA, JUAN MORALES, EMILIANO ARMENTA, PEDRO RIOS and JOSE NAVA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEEKS WHOLESALE ROSE GROWER, INC., doing business as "Weeks Wholesale Rose Grower" and "Weeks Roses,"<br><br>Defendants. | Case No. Case No. 1:07-cv-00225-TAG<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO DISMISS AND TO PERMIT PLAINTIFFS AND DEFENDANTS TO FILE OPPOSITION AND REPLY PAPERS UNDER EXTENDED TIMELINES** |

PLAINTIFFS SERGIO VEGA, ALFONSO RIVERA, JUAN MORALES, EMILIANO ARMENTA, PEDRO RIOS and JOSE NAVA (hereafter collectively referred to as "PLAINTIFFS") and DEFENDANT WEEKS WHOLESALE ROSE GROWER, INC., doing business as "Weeks Wholesale Rose Grower" and "Weeks Roses" (hereafter referred to as "DEFENDANT"), hereby stipulate as follows:

1. On October 1, 2007 Defendant served and filed a Motion to Dismiss Plaintiffs' action pursuant to Fed. R. Civ. P. 12(b)(6).

2.    The hearing on Defendant's Motion to Dismiss was set for November 5, 2007 in Courtroom 3 before the Honorable Oliver W. Wanger. However, on October 4, 2007 the hearing was reset by the court, and currently Defendant's motion to dismiss is scheduled for November 5, 2007 at 10:00 a.m. in the Bankruptcy Courtroom of the U.S. District Court, 1300 18th Street, Suite A, before Honorable Theresa A. Goldner.

3.    The Parties request that this court continue the hearing on Defendant's Motion to Dismiss to January 28, 2008 at 9:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable Theresa A. Goldner, Bankruptcy Courtroom, 1300 18th Street, Suite A, Bakersfield, CA 93301. The courtroom deputy has reserved this date and indicated that the parties may appear telephonically if desired. The court call number is (866) 582-6878.

4.    The parties further request that this court allow Plaintiffs to submit their opposition papers no later than January 4, 2008, and that this court allow Defendant to submit its reply no later than January 18, 2008.

5.    There is good cause to permit the resetting of the Motion to Dismiss and briefing, as the underlying issues are complex and will require significant legal research and preparation, and the additional time will allow the parties to explore settlement of this case.

Dated: October 17, 2007.    LAW OFFICES OF MALLISON & MARTINEZ


By:    /s/ Stan S. Mallison
        Stan S. Mallison
        Attorneys for PLAINTIFFS


LAW OFFICES OF SAQUI & RAIMONDO


By:    /s/ Anthony Raimondo
        Anthony Raimondo
        Attorneys for DEFENDANT

STIPULATION AND ORDER TO CONTINUE HEARING AND RESET TIME FOR FILING OPPOSITION AND REPLY BREIFS

...

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

1. The hearing on Defendant's Motion to Dismiss is continued to January 28, 2008 at 9:30 a.m. or as soon thereafter as the matter may be heard in the U.S. District Court, Bankruptcy Courtroom, 1300 18th Street, Suite A, before Honorable Theresa A. Goldner.

2. Plaintiffs may file their opposition to Defendant's Motion to Dismiss no later than January 4, 2008.

3. Defendants may file a reply to Plaintiffs opposition to Defendant's Motion to Dismiss no later than January 18, 2008.

Dated: 10/18/2007

THERESA A. GOLDNER
U.S. Magistrate Judge

STIPULATION AND ORDER TO CONTINUE HEARING AND RESET TIME FOR FILING OPPOSITION AND REPLY BREIFS