| | |
|---|---|
| 1 | STAN S. MALLISON (SBN 184191) |
| | HECTOR R. MARTINEZ (SBN 206336) |
| 2 | LAW OFFICES OF MALLISON & MARTINEZ |
| | 1042 Brown Avenue, Suite A |
| 3 | Lafayette, CA 94549 |
| | Telephone: (925) 283-3842 |
| 4 | Facsimile: (925) 283-3426 |
| | StanM@Mallisonlaw.com |
| 5 | HectorM@Mallisonlaw.com |
| 6 | Attorneys for PLAINTIFFS |
| 7 | |
| | ANTHONY P. RAIMONDO (SBN 200387) |
| 8 | MICHAEL C. SAQUI (SBN 147853) |
| | SAQUI & RAIMUNDO |
| 9 | 1615 Bunker Hill Way, Suite 240 |
| | Salinas, California 93906 |
| 10 | Telephone: (831) 443-7100 |
| | Facsimile: (831) 443-8585 |
| 11 | apr@srlaborlaw.com |
| 12 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SERGIO VEGA, ALFONSO RIVERA, JUAN MORALES, EMILIANO ARMENTA, PEDRO RIOS, and JOSE NAVA on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br><br>WEEKS WHOLESALE ROSE GROWER, INC., doing business as "Weeks Wholesale Rose Grower" and "Weeks Roses,"<br><br>DEFENDANT | Case No. 1:07-cv-00225-▬▬▬ TAG<br><br>▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬<br><br>STIPULATION TO EXTEND ALL DEADLINES IN CASE FOR PURPOSES OF MEDIATION; ORDER THEREON |

1

Case No. RG 06 293981

[Proposed] Order Granting Extension on All Outstanding Motion Deadlines

The parties who have appeared in this action are actively pursuing mediation which, if successful, may resolve all claims in this action. Defendants have significant financial constraints which would endanger the viability of Defendant were the application of the current discovery and trial schedules applied prior to attempts to mediate this case. The parties have faithfully pursued resolution of this case and Defendants' are producing documents necessary for Plaintiffs to be able to evaluate and resolve this case through mediation. This document production has taken longer than Defendant had intended but should be completed by the end of February. The parties wish to avoid incurring additional legal fees while pursuing a resolution to this case. However, the parties believe that such goals cannot be obtained without this extension of time. In particular, Plaintiffs believe that, absent the court's granting of this order, Plaintiffs will be compelled to formally pursue all discovery options, motions, and other The parties believe that the current deadlines may also be problematic because the EEOC is investigating related employment claims. Therefore, the parties, through their respective counsel of record, request through this stipulation an extension on all outstanding deadlines as described below. Mediation and the deadlines at issue in this stipulation concern Dispositive and Non-Dispositive Motions, Pretrial Conference and Jury Trial. Therefore, the current tentative dates set are as follows:

| | |
|---|---|
| Discovery Deadline | August 29, 2008 |
| Class Certification Motion Deadline | September 26, 2008 |
| Non-Dispositive Motion Deadline | November 7, 2008 |
| Disparities Motion Deadline | January 16. 2009 |
| Pretrial Conference | May 29, 2009 at 09:30 AM |
| Jury Trial | July 6, 2009 at 09:00 AM |

The parties request that all deadlines be extended 6 months. Therefore, through their counsel the parties request that the Court to set the following deadlines in place of those described above:

Proposed Deadlines

| | |
|---|---|
| Discovery Deadline | February 27, 2009 |
| Class Certification Motion Deadline | March 26, 2009 |
| Non-Dispositive Motion Deadline | May 8 2009 |
| Disparities Motion Deadline | July 16. 2009 |
| Pretrial Conference | November 30, 2009 at 09:30 AM |
| Jury Trial | January 6, 2010 at 09:00 AM |

DATED: March 3, 2008    LAW OFFICES OF MALLISON & MARTINEZ


By: _____/s/ Stan Mallison_____
Stan S. Mallison
Hector R. Martinez
Marco A. Palau
Attorneys for Plaintiffs


DATED: March 3, 2008    SAQUI & RAIMUNDO, LLP




By: ___/s/ Anthony Raimondo_____
ANTHONY P. RAIMONDO

-3-    Case No. RG 06 293981

Proposed Order Granting 60-Day Extension on All Outstanding Motion Deadlines

1
2       IT IS SO ORDERED:
3       The parties having so stipulated and good cause appearing, the dates on all
4   outstanding motion deadlines shall be set as follows:
5
6       Discovery Deadline                    February 27, 2009
7       Non-Dispositive Motion Deadline       May 8 2009
8       Disparities Motion Deadline           July 16. 2009
9       Pretrial Conference                   November 30, 2009
                                              at 09:30 AM
10
        Jury Trial                            January 6, 2010
11                                            at 09:00 AM
12
13
14
15  Dated: _____        _____
                                         The Honorable Theresa A. Goldner
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    -4-                    Case No. RG 06 293981
        Proposed Order Granting 60-Day Extension on All Outstanding Motion Deadlines