# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VEGA, et al., | Case No. 1:07-cv-00225 TAG |
| Plaintiffs, | ORDER MODIFYING SCHEDULING ORDER |
| vs. | |
| WEEKS WHOLESALE ROSE GROWER, INC., | |
| Defendant. | |

On September 24, 2008, the Court conducted a status and further scheduling conference. The parties requested an extension of the scheduling order deadlines (Doc. 46) to allow the parties to complete a mediation of the case.

The Court modifies the scheduling order deadlines as follows:

1. Deadline to file answer: October 24, 2008;

2. Deadline to file motion for class certification: April 24, 2009.

3. Deadline to complete all discovery: June 26, 2009.

4. Deadlines for non-dispositive motions:

    Filing deadline: July 24, 2009

    Hearing deadline: August 17, 2009.

5. Deadlines for dispositive motions:

    Filing deadline: September 16 , 2009

    Hearing deadline: October 26, 2009.

6. Pretrial conference date: December 4, 2009 at 9:00 a.m. before Judge Goldner, at 1200 Truxtun Avenue, Suite 120, Bakersfield, California 93301.

1    7.    Jury trial date: January 11, 2010 at 8:30 a.m. before Judge Goldner, in Courtroom
2          Eight, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno,
3          California 93721.

6  IT IS SO ORDERED.

7  Dated:   **September 24, 2008**                              /s/ Theresa A. Goldner
                                                        UNITED STATES MAGISTRATE JUDGE