1 | STAN S. MALLISON (SBN 184191)
HECTOR R. MARTINEZ (SBN 206336)
2 | LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
3 | Lafayette, CA 94549
Telephone: (925) 283-3842
4 | Facsimile: (925) 283-3426
StanM@Mallisonlaw.com
5 | HectorM@Mallisonlaw.com

6 | Attorneys for PLAINTIFFS

MICHAEL C. SAQUI (SBN 147853)
8 | ANDREW H. LEE (SBN 257403)
THE SAQUI LAW GROUP
9 | 1615 Bunker Hill Way, Suite 240
Salinas, California 93906
10 | Telephone: (831) 443-7100
Facsimile: (831) 443-8585
11 | mcs@laborcounselors.com
Andrew@laborcounselors.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VEGA, ALFONSO RIVERA, JUAN MORALES, EMILIANO ARMENTA, PEDRO RIOS, and JOSE NAVA on behalf of themselves and all others similarly situated, <br><br> PLAINTIFFS, <br> vs. <br><br> WEEKS WHOLESALE ROSE GROWER, INC., doing business as "Weeks Wholesale Rose Grower" and "Weeks Roses," <br><br> DEFENDANT. | Case No. 1:07-cv-00225-TAG <br><br> CLASS ACTION <br><br> STIPULATION TO EXTEND ALL DEADLINES IN CASE FOR PURPOSES OF MEDIATION; ORDER THEREON |

Plaintiffs Sergio Vega, et al. and Defendant Weeks Wholesale Grower Inc., hereby stipulate as follows:

1. On March 6, 2009, the Court conducted a status conference at the parties' request for an extension of the scheduling order deadlines (Doc. 52) to allow the parties to complete a mediation of the case.

1

2.      Mediation is scheduled for June 18, 2009, before Judge Howard R. Broadman (Ret.). Judge Broadman's office has advised that he is not available for mediation prior to June 2009.

3.      In an effort to adhere to the current scheduling order, the parties have met and conferred regarding the use of other mediators, but have been unable to agree on same. Judge Broadman is uniquely qualified to handle a mediation of this type involving agricultural workers in the Central Valley.

4.      Notwithstanding the mediation date in June 2009, production of discovery and preparation of database reports have taken longer than anticipated by either party. The database reports are being prepared from over 14,000 time records by third party discovery support provider, IE Discovery. Completion of the database reports are anticipated by March 31, 2009.

5.      The parties strongly desire to mediate and to settle this case prior to trial. However, in light of the mediation date of June 18, 2009, the parties respectfully request an extension of all key deadlines in the case for the reasons below.

6.      Plaintiffs' counsel, without objection by Defendants' counsel, request 60 days following the mediation to file the motion for class certification. This request is made in light of the anticipated pre-class discovery including, but not limited to, document production, depositions, and follow-up discovery.

7.      The parties request an extension of all other key deadlines. This is based on a logical sequence of events based on the date of mediation.

8.      In accordance with the Court's direction, the parties have attempted in good faith to keep the current trial date of January 11, 2010. However, after meeting and conferring, the parties agree that adherence to the current trial date is unattainable in light of the unanticipated delays in document database completion, the June 2009 mediation date, the necessary extension of other key deadlines, the anticipated length of discovery, anticipate motions, and trial preparation. These delays were beyond the control of plaintiffs. Yet, adherance to the current schedule would be to the detriment of plaintiffs, and thus inequitable, by preventing Plaintiffs adequate time to properly

1 | prepare for the trial.

2 | 9. The parties fear that adherence to the January 11, 2010, trial date may
3 | damper full prosecution of this case by both parties.

4 | 10. Accordingly, the parties request to extend all key deadlines in the case as
5 | follows:

| | |
|---|---|
| Deadline to file motion for class certification: | September 24, 2009 |
| Deadline to complete all discovery: | November 25, 2009 |
| Deadline for non-dispositive motions: | |
|     Filing deadline: | November 25, 2009 |
|     Hearing deadline: | December 17, 2009 |
| Deadline for dispositive motions: | |
|     Filing deadline: | January 8, 2010 |
|     Hearing deadline: | February 2, 2010 |
| Pretrial conference date: | February 22, 2010 |
| Jury trial date: | April 11, 2010 |

16 | 11. The parties stipulate as to this new proposed deadlines as set forth above,
17 | and respectfully request that this Court sign the below attached proposed order which reflects this
18 | change.

19 | DATED: March 12, 2009     LAW OFFICES OF MALLISON & MARTINEZ

20 | By:     /s/ Marco A. Palau

21 | Stan S. Mallison
22 | Hector R. Martinez
   | Marco A. Palau
   | Attorneys for Plaintiffs

24 | DATED: March 12, 2008     SAQUI & RAIMONDO, A Professional Corporation

25 | By:     /s/ Andrew H. Lee

26 | Michael C. Saqui
   | Andrew H. Lee
27 | Attorneys for Defendant

## ORDER

The Court has read and considered the foregoing Stipulation, in which the parties seek an order extending all case deadlines in order to mediate the case before a private mediator. However, this is not the first time that the parties have requested and been granted, extensions of time to allow them to privately mediate this case, and the Court finds that the further extensions of time requested in the Stipulation are excessive in light of the history of this case and the prior extensions of time that have been granted. (See, Docs. 25, 38, 46, 52).

Accordingly, the Court declines to further modify the Scheduling Order dated September 24, 2008 (Doc. 52) to the extent requested in the Stipulation, and instead modifies the Scheduling Order as follows:

1. The deadline to file a motion for class certification is extended from April 24, 2009 to July 20, 2009;

2. The deadline to make an intial disclosure of experts is extended to August 3, 2009;

3. The deadline to make a supplemental disclosure of experts is extended to August 17, 2009;

4. The deadline to complete all discovery is extended from June 26, 2009 to September 21, 2009;

5. The deadline to file non-dispositive motions is extended from July 24, 2009 to October 19, 2009;

6. The deadline to file dispositive motions is extended from September 16, 2009 to November 13, 2009;

7. The pretrial conference date is continued from December 4, 2009 to January 8, 2010; and

8. The trial date is continued from January 11, 2010 to February 8, 2010.

IT IS SO ORDERED.

Dated: **March 17, 2009**                              **/s/ Theresa A. Goldner**

UNITED STATES MAGISTRATE JUDGE

5