IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VEGA, et al., | Old Case Number:<br>1:07-cv-00225 TAG |
| Plaintiffs,<br>vs. | |
| | ORDER REASSIGNING CASE |
| WEEKS WHOLESALE ROSE<br>GROWER, INC., | NEW CASE NUMBER:<br>1:07-cv-00225 DLB |
| Defendant.<br>_____/ | |

The court, having considered the resignation of Magistrate Judge Theresa A. Goldner, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that the above-captioned case is hereby reassigned from Magistrate Judge Theresa A. Goldner, to Magistrate Judge Dennis L. Beck for all further proceedings. The new case number for this action, which must be used on all future documents filed with the court, is:    **1:07-cv-00225 DLB**

All dates currently set in this action shall remain pending, subject to further order of the court.

IT IS SO ORDERED.

**Dated:    April 4, 2009**              /s/ Anthony W. Ishii
                        CHIEF UNITED STATES DISTRICT JUDGE