STAN S. MALLISON (SBN 184191)
HECTOR R. MARTINEZ (SBN 206336)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426
StanM@Mallisonlaw.com
HectorM@Mallisonlaw.com
Attorneys for PLAINTIFFS

CHRISTIAN POLAND (SBN 162224)
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5085
Facsimile: (312) 698-7485
Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SERGIO VEGA, ALFONSO RIVERA, JUAN MORALES, EMILIANO ARMENTA, PEDRO RIOS, and JOSE NAVA on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>WEEKS WHOLESALE ROSE GROWER, INC., doing business as "Weeks Wholesale Rose Grower" and "Weeks Roses,"<br><br>DEFENDANT | Case No. 1:07-cv-00225- DLB<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND ALL DEADLINES IN CASE AND PROPOSED ORDER** |

Plaintiffs Sergio Vega, et al. and Defendant Weeks Wholesale Grower Inc., hereby stipulate as follows:

1. Defendant's current financial status has severely impacted Defendant's ability to litigate all cases against Defendant, including but not limited to the case at present. Defendant has hired

new counsel to attempt to negotiate and resolve numerous outstanding lawsuits and other debts of Defendant.

2. The parties previously requested a temporary stay of litigation and extension of all key deadlines pending a combined mediation of three cases including this case. Mediation is now set with mediator Mark Rudy on March 8, 2010.

3. After meeting and conferring, the parties agree that a 60-day extension of all key deadlines would be practical, efficient, and fair to all parties.

4. Accordingly, the parties request to extend all key deadlines in the case as follows:

| | |
|---|---|
| Deadline to complete depositions of key parties: | 4/16/10 |
| Deadline to file motion for class certification: | 4/25/10 |
| Hearing: | 6/07/10 |
| Deadline to complete all discovery: | 6/28/10 |
| Non-Dispositive Motions due by: | 6/28/10 |
| Hearing: | 7/19/10 |
| Dispositive motions due by: | 8/09/10 |
| Hearing: | 9/02/10 |
| Pretrial conference: | 9/20/10, 1:30PM |
| Jury Trial: | 11/16/10, 9:00AM, CR 9 |

The parties stipulate as to these new proposed deadlines as set forth above, and respectfully request that this Court sign the below attached proposed order which reflects these changes.

DATED: February 12, 2010        LAW OFFICES OF MALLISON & MARTINEZ

By:   s/ Stan S. Mallison
      Stan S. Mallison
      Hector R. Martinez
      Attorneys for Plaintiffs

DATED: February 12, 2010        BRYAN CAVE LLP

By:   s/ Christian Poland
      Christian Poland
      Attorneys for Defendant

-2-                              Case No. 1:07-cv-000225-DLB

Stipulation to Extend All Deadlines in Case for Purposes of Mediation; Order Thereon

IT IS SO ORDERED:

The parties having so stipulated and GOOD CAUSE APPEARING, that the schedule for this case is hereby amended as set forth above.

IT IS SO ORDERED.

Dated: __**February 18, 2010**__          _____/s/ *Dennis L. Beck*
                                            UNITED STATES MAGISTRATE JUDGE