Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone:    (510) 832-9999
Facsimile:    (510) 832-1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| SERGIO VEGA, ALFONSO RIVERA, JUAN MORALES, EMILIANO ARMENTA, PEDRO RIOS, AND JOSE NAVA on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>WEEKS WHOLESALE ROSE GROWER, INC. doing business as "Weeks Wholesale Rose Grower" and "Weeks Roses",<br><br>Defendants. | Case No. 1:07-cv-00225-DLB<br><br>**PLAINTIFFS' NOTICE AND MOTION FOR CLASS CERTIFICATION**<br><br>Date: June 4, 2010<br>Time: 9:00 a.m.<br>Location: Courtroom 9<br><br>*Hon. Dennis L. Beck* |

TO DEFENDANTS WEEKS WHOLESALE ROSE GROWER, INC. (doing business as "Weeks Wholesale Rose Grower" and "Weeks Roses"), AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's February 18, 2010 order (Docket #69), on June 4, 2010 at 9:00 a.m. or as soon thereafter as the matter may be heard by Chief Magistrate Judge, the Honorable Dennis L. Beck, Plaintiffs Sergio Vega, Alfonso Rivera, Juan Morales, Emiliano Armenta, Pedro Rios and Jose Nava will, and hereby do, move for an order granting class certification. Plaintiffs' move on grounds that they satisfy the requirements of FRCP 23(a) and that the claims are appropriate for certification pursuant to FRCP 23(b)(3), because common issues predominate and class treatment is superior to any other adjudication of the putative class members' claims.

Pursuant to Federal Rule of Civil Procedure ("FRCP") 23(a) and 23(b)(3), Plaintiffs seek an order certifying a class of "Weeks Roses Workers" and five (5) subclasses as follows:

**WEEKS ROSES WORKERS:**
All non-exempt persons who are employed or have been employed by DEFENDANT WEEKS ROSES in the State of California who, within four (4) years of the filing of this Complaint, have worked as hourly employees and were not paid all lawful wages and/or reimbursed for necessary expenses.

**WEEKS ROSES WORKERS:**
All non-exempt persons who are employed or have been employed by DEFENDANT WEEKS ROSES as hourly employees in the State of California at any time from February 8, 2003 to the present.

- **Meal Premium Subclass 1:**
  Weeks Roses Workers who were not paid premium meal period wages for (1) meal periods *after* the fifth hour of work during shifts of more than six hours, (2) meal periods during which employees were not relieved of all duty because they were required to perform work and (3) shifts of 10 hours or longer without a second meal period or a valid waiver.

- **Rest Premium Subclass 2:**
  Weeks Roses Workers who were not paid premium rest period wages when they were not relieved of all duty for net-10 minutes of rest but rather required to perform work during rest periods, or not provided paid rest breaks when earning a piece rate.

- **Donning & Doffing Subclass 3:**
  Weeks Roses Workers who were required to don protective gear prior to the time their shift started and to doff protective gear after the shift ended, but were not compensated for the

time spent donning and doffing.

- **Reimbursement of Expenses Subclass 4:**
  Weeks Roses Workers who were not reimbursed for the purchase of tools, equipment and/or protective gear that was necessary to the performance of their jobs but was not provided by the employer.

- **Bonus/Piece Rate Overtime Subclass 5:**
  Weeks Roses Workers who worked overtime during periods in which they were paid a bonus or piece rate, but whose bonus or piece rate was not adjusted for the overtime premium.

Plaintiffs further request that the Court appoint the named plaintiffs as class representatives and Mallison & Martinez as class counsel.

Plaintiffs' motion for class certification will be based on this notice and motion; the supporting memorandum of points and authorities; the supporting declaration of Stan S. Mallison; the supporting declarations of proposed class representatives and of class members; the records on file in this action; and the oral argument and other evidence presented at the hearing.

Dated: April 26, 2010                    MALLISON & MARTINEZ


                                         By:   /s/ Marco A. Palau
                                                Stan S. Mallison
                                                Hector R. Martinez
                                                Marco A. Palau
                                                Attorneys for Plaintiffs