Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone:   (510) 832-9999
Facsimile:    (510) 832-1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| SERGIO VEGA, ALFONSO RIVERA, JUAN MORALES, EMILIANO ARMENTA, PEDRO RIOS, AND JOSE NAVA on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>WEEKS WHOLESALE ROSE GROWER, INC. doing business as "Weeks Wholesale Rose Grower" and "Weeks Roses",<br><br>Defendants. | Case No. 1:07-cv-00225-DLB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: June 4, 2010<br>Time: 9:00 a.m.<br>Location: Courtroom 9<br><br>*Hon. Dennis L. Beck* |

On June 4, 2010 at 9:00 a.m., the Court heard Plaintiffs' motion for class certification pursuant to Federal Rule of Civil Procedure (FRCP) 23. Counsel of record having appeared and argued orally, and having considered the papers and evidence submitted, the Court GRANTS Plaintiffs' motion to for class certification, ORDERS and finds the following:

(1) Plaintiffs have met the requirements for certification under FRCP 23(a) and FRCP 23(b)(3). In particular, the Court finds that the class is sufficiently numerous; the claims of the proposed Class Representatives are typical of those of the class; there are common issues of law and fact; the proposed Class Representatives can adequately represent the class and proposed Class Counsel are adequate counsel; common issues predominate over individualized issues; and class treatment is superior to other methods of adjudication;

(2) Plaintiffs Sergio Vega, Alfonso Rivera, Juan Morales, Emiliano Armenta, Pedro Rios and Jose Nava are hereby appointed Class Representatives;

(3) Stan S. Mallison, Hector R. Martinez and Marco A. Palau are hereby appointed Class Counsel;

(4) The following general class and subclasses are GRANTED Class Certification:

**WEEKS ROSES WORKERS:**
All non-exempt persons who are employed or have been employed by DEFENDANT WEEKS ROSES as hourly employees in the State of California at any time from February 8, 2003 to the present.

- **Meal Premium Subclass 1:**
  Weeks Roses Workers who were not paid premium meal period wages for (1) meal periods *after* the fifth hour of work during shifts of more than six hours, (2) meal periods during which employees were not relieved of all duty because they were required to perform work and (3) shifts of 10 hours or longer without a second meal period or a valid waiver.

- **Rest Premium Subclass 2:**
  Weeks Roses Workers who were not paid premium rest period wages when they were not relieved of all duty for net-10 minutes of rest but rather required to perform work during rest periods, or not provided paid rest breaks when earning a piece rate.

- **Donning & Doffing Subclass 3:**
  Weeks Roses Workers who were required to don protective gear prior to the time their shift

started and to doff protective gear after the shift ended, but were not compensated for the time spent donning and doffing.

- **Reimbursement of Expenses Subclass 4:**
  Weeks Roses Workers who were not reimbursed for the purchase of tools, equipment and/or protective gear that was necessary to the performance of their jobs but was not provided by the employer.

- **Bonus/Piece Rate Overtime Subclass 5:**
  Weeks Roses Workers who worked overtime during periods in which they were paid a bonus or piece rate, but whose bonus or piece rate was not adjusted for the overtime premium.

IT IS SO ORDERED.

Dated: _____

                                            Honorable Dennis L Beck
                                            United States Magistrate Judge