Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone:     (510) 832-9999
Facsimile:      (510) 832-1101
StanM@TheMMLawFirm.com
HectorM@ TheMMLawFirm.com
MPalau@ TheMMLawFirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| SERGIO VEGA, ALFONSO RIVERA, JUAN MORALES, EMILIANO ARMENTA, PEDRO RIOS, AND JOSE NAVA on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>WEEKS WHOLESALE ROSE GROWER, INC. doing business as "Weeks Wholesale Rose Grower" and "Weeks Roses",<br><br>DEFENDANT. | CASE NO. 1:07-cv-00225-DLB<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO FILE EXHIBITS "A", "B", "C", AND "D" UNDER SEAL, DECLARATION OF HECTOR R. MARTINEZ IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION, AND MEMORANDUM OF POINTS AND AUTHORITIES TO FILE EXHIBITS "A", "B", "C", AND "D" UNDER SEAL**<br><br>Judge: *Hon. Dennis L. Beck*<br><br>Location: Courtroom 9 |

-1-

[PROPOSED] ORDER

1    Plaintiffs' *ex parte* application to file Exhibits "A", "B", "C" and "D", the supporting *ex*
2  *parte* application, and the supporting declaration of Hector R. Martinez under seal in connection
3  with the Plaintiffs' Motion for Class Certification came before the Court on April 29, 2010.
4    The issues having been duly considered and good cause having been shown from the *ex*
5  *parte* application and records in the file,
6    **IT IS HEREBY ORDERED** that Exhibits "A", "B", "C" and "D" may be filed under
7  seal.

IT IS SO ORDERED.

Dated:  **April 29, 2010**         /s/ *Dennis L. Beck*
                    UNITED STATES MAGISTRATE JUDGE

-2-

[PROPOSED] ORDER