Case 1:07-cv-00225-DLB   Document 81   Filed 05/17/10   Page 1 of 3

| | |
|---|---|
| 1 | STAN S. MALLISON (SBN 184191) |
| | HECTOR R. MARTINEZ (SBN 206336) |
| 2 | LAW OFFICES OF MALLISON & MARTINEZ |
| | 1939 Harrison Street, Suite 730 |
| 3 | Oakland, CA  94612 |

STAN S. MALLISON (SBN 184191)
HECTOR R. MARTINEZ (SBN 206336)
LAW OFFICES OF MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA  94612
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101
StanM@TheMMLawFirm.com
HectorM@TheMMLawFirm.com
Attorneys for PLAINTIFFS

CHRISTIAN POLAND (SBN 162224)
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, IL  60601
Telephone: (312) 602-5085
Facsimile: (312) 698-7485
christian.poland@byrancave.com

JULIE E. PATTERSON (SBN 167326)
BRYAN CAVE LLP
3161 Michelson Drive, Suite 1500
Irvine, California  92612
Telephone:    (949) 223-7000
Facsimile:    (949) 223-7100
julie.patterson@bryancave.com
Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SERGIO VEGA, ALFONSO RIVERA, JUAN MORALES, EMILIANO ARMENTA, PEDRO RIOS, and JOSE NAVA on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>WEEKS WHOLESALE ROSE GROWER, INC., doing business as "Weeks Wholesale Rose Grower" and "Weeks Roses,"<br><br>DEFENDANT. | **Case No.  1:07-cv-00225-DLB**<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND REMAINING CASE DEADLINES AND PROPOSED ORDER** |

Plaintiffs, Sergio Vega, et al., and Defendant, Weeks Wholesale Rose Grower Inc., hereby stipulate as follows:

1. Defendant states that its current financial status continues to severely impact its ability to litigate this matter.

2. The parties previously requested a temporary stay of litigation and extension of all key deadlines, which this Court granted by order dated February 24, 2010, pending the parties' March 8, 2010 mediation of this matter with mediator Mark Rudy.  While the mediation was not successful in resolving this matter, the mediation assisted both parties in understanding the other's litigation and settlement positions.

3. On April 26, Plaintiffs timely filed a motion for class certification per the Court's order dated February 24, 2010.

4. In order to respond to Plaintiffs' motion for class certification, Defendant believes it is necessary for it to depose approximately 12 of the 29 declarants whose declarations Plaintiffs have submitted in support of their motion for class certification.  Plaintiffs dispute Defendant's contention and are only willing to permit three such depositions to be taken, so the issue will likely require the Court's involvement to resolve.  In any event, neither party wants to incur additional litigation expenses if this matter can be resolved by settlement, and thus both parties would like a brief period of time to conduct additional settlement discussions, with the help of mediator Mark Rudy (who has already been in contact with both parties), prior to engaging in additional oral discovery and briefing on the motion for class certification.

5. After meeting and conferring, the parties agree that a 30-day to 90-day extension of the remaining case deadlines would be practical, efficient, and fair to all parties.

6. Accordingly, the parties ask that the Court extend the remaining case deadlines in the case as follows:

|  | Current Date | New Date |
|---|---|---|
| Opposition to motion for class certification: | 5/21/10 | 6/21/10 |
| Reply brief on motion for class certification: | 5/28/10 | 7/28/10 |
| Hearing on the motion for class certification: | 6/07/10 | 8/13/10 |
| Deadline to complete all discovery: | 6/28/10 | 9/27/10 |
| Non-Dispositive Motions due by: | 6/28/10 | 9/28/10 |
| Hearing on non-dispositive motions by: | 7/19/10 | 10/22/10 |
| Dispositive motions due by: | 8/09/10 | 11/8/10 |
| Hearing on dispositive motions by: | 9/02/10 | 12/10/10 |
| Pretrial conference: | 9/20/10 | 1/21/11 1:30 p.m. |
| Jury Trial: | 11/18/10 | 3/1/11 9:00 a.m. |

The parties stipulate as to these new proposed deadlines as set forth above, and respectfully request that this Court sign the below attached proposed order which reflects these changes.

DATED: May 7, 2010          LAW OFFICES OF MALLISON & MARTINEZ

                            By:   s/ Stan S. Mallison
                                  One of the Attorneys for Plaintiffs

DATED: May 7, 2010          BRYAN CAVE LLP

                            By:   s/ Christian Poland
                                  One of the Attorneys for Defendant

IT IS SO ORDERED:

The parties having so stipulated and good cause appearing, the schedule for this case is hereby amended as set forth above.

IT IS SO ORDERED.

Dated:   **May 12, 2010**                    /s/ *Dennis L. Beck*
                                             UNITED STATES MAGISTRATE JUDGE