IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERGIO VEGA, et al., | ) | 1:07cv0225 DLB |
| | ) | |
| | ) | ORDER REGARDING |
| | ) | TELEPHONIC DISCOVERY |
| | ) | DISPUTE |
| Plaintiff, | ) | |
| | ) | ORDER EXTENDING |
| vs. | ) | TIME FOR MOTION FOR |
| | ) | CLASS CERTIFICATION BRIEFING |
| | ) | AND VACATING FURTHER DATES |
| WEEKS WHOLESALE ROSE | ) | |
| GROWER, INC., | ) | Hearing: October 15, 2010 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Courtroom 9 |
| _____ | ) | |

     On June 7, 2010, the parties agreed to a telephonic conference regarding a discovery dispute. The Court held the conference on June 9, 2010. Hector Martinez appeared on behalf of Plaintiffs. Christian Poland appeared on behalf of Defendant.

     Plaintiffs filed their motion for class certification on April 26, 2010. Pursuant to the May 17, 2010, order extending deadlines, the opposition to the motion is due on June 21, 2010, and the reply is due on July 28, 2010. The hearing is currently set for August 13, 2010.

     The instant discovery dispute is based on Defendant's contention that 24 of the 29 declarants filed in support of the motion should be stricken because Plaintiffs failed to disclose the declarants in their initial, or supplemental, Rule 26 disclosures.

1

1  Based on the discussions during the conference, Plaintiffs have agreed to allow Defendant to
2  take the depositions of the 12 individuals previously noticed.  The Court will not strike any
3  declarations at this time.
4  The Court further EXTENDS the time for opposing the motion to August 23, 2010.
5  Plaintiffs' reply shall be due on September 29, 2010.  The motion shall be heard on October 15,
6  2010, at 9:00 a.m., in Courtroom 9.
7  The Court VACATES the remaining dates in the May 17, 2010, Scheduling Order.

IT IS SO ORDERED.

**Dated:**   **June 11, 2010**          /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE