STAN S. MALLISON (SBN 184191)
HECTOR R. MARTINEZ (SBN 206336)
LAW OFFICES OF MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101
StanM@TheMMLawFirm.com
HectorM@TheMMLawFirm.com
Attorneys for PLAINTIFFS

CHRISTIAN POLAND (SBN 162224)
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5085
Facsimile: (312) 698-7485
christian.poland@byrancave.com

JULIE E. PATTERSON (SBN 167326)
BRYAN CAVE LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone:     (949) 223-7000
Facsimile:     (949) 223-7100
julie.patterson@bryancave.com
Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SERGIO VEGA, ALFONSO RIVERA, JUAN MORALES, EMILIANO ARMENTA, PEDRO RIOS, and JOSE NAVA on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>WEEKS WHOLESALE ROSE GROWER, INC., doing business as "Weeks Wholesale Rose Grower" and "Weeks Roses,"<br><br>DEFENDANT. | Case No. 1:07-cv-00225-DLB<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION TO EXTEND REMAINING CLASS CERTIFICATION BRIEFING DEADLINES** |

For the reasons communicated to Judge Beck's chambers by emails from the parties July 12-14, Plaintiffs, Sergio Vega, et al., and Defendant, Weeks Wholesale Rose Grower Inc., jointly

request that:

1. The date by which Defendant must respond to Plaintiffs' motion for class certification be extended by three weeks, from August 23 to September 13, 2010;

2. The date by which Plaintiffs may file a reply brief in support of their motion for class certification be extended by three weeks, from September 29 to October 20, 2010; and

3. The date for the hearing on Plaintiffs' motion for class certification be reset from October 15, 2010, to Wednesday, November 3, 2010, at 9:00 a.m. in Courtroom 9 (DLB).

The parties stipulate to these new proposed deadlines and respectfully request that this Court sign the below attached proposed order which reflects these changes.

DATED: July 15, 2010            LAW OFFICES OF MALLISON & MARTINEZ

                                By:   s/ Stan Mallison
                                      One of the Attorneys for Plaintiffs

DATED: July 15, 2010            BRYAN CAVE LLP

                                By:   s/ Christian Poland
                                      One of the Attorneys for Defendant

   IT IS SO ORDERED:

   The parties having so stipulated and good cause appearing, the schedule for this case is hereby amended as set forth above.

IT IS SO ORDERED.

   Dated:   **July 22, 2010**                    /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE