# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VEGA, et al., | ) 1:07cv0225 DLB |
| | ) |
| | ) |
| | ) ORDER TAKING MOTION TO CERTIFY |
| Plaintiffs, | ) CLASS AND MOTION TO STRIKE |
| | ) OFF CALENDAR |
| v. | ) |
| | ) (Documents 70, 92) |
| WEEKS WHOLESALE ROSE GROWER, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

   Plaintiffs Sergio Vega, Alfonso Rivera, Juan Morales, Emiliano Armenta, Pedro Rios, Jose Nava, on behalf of themselves and all others similarly situated, filed a motion to certify the class in this action on July 24, 2009.  After numerous extensions of time, the motion is set to be heard on November 3, 2010.

   On September 22, 2010, Defendant Weeks Wholesale Rose Grower, Inc., filed a motion to strike portions of a declaration in support of Plaintiffs' motion to certify the class.  The motion is also set to be heard on November 3, 2010.

   On October 5, 2010, however, Defendant filed a notice of bankruptcy.  According to the notice, Defendant filed a voluntary petition for bankruptcy relief under Chapter 11 in the United States Bankruptcy Court, District of Delaware.

1  Based on the notice of Bankruptcy, the pending motions are TAKEN OFF CALENDAR.
2  The parties shall notify the Court if they wish to place the matters back on calendar following
3  resolution of the bankruptcy proceeding.

5  IT IS SO ORDERED.

6  Dated:   **October 15, 2010**                    /s/ **Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE