# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERGIO VEGA, et al., | ) | 1:07cv0225 DLB |
| | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER REQUIRING PLAINTIFFS TO FILE ADDITIONAL BRIEFING |
| v. | ) | |
| WEEKS WHOLESALE ROSE GROWER, INC., | ) | |
| Defendant. | ) | |

On May 17, 2012, Plaintiffs filed an application for approval of distribution of bankruptcy monies to the class members.  Plaintiffs also request that the action be dismissed without prejudice.

In light of the dismissal of Defendant's Chapter 11 case, Plaintiffs are ORDERED to explain why the action should not be dismissed *with* prejudice.  Such briefing SHALL be due within fifteen (15) days of the date of service of this order.  Defendant may also submit briefing on the issue within this time frame.

IT IS SO ORDERED.

Dated:   May 25, 2012            /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

1