# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VEGA, et al., | ) 1:07cv0225 DLB |
| Plaintiffs, | ) ORDER APPROVING PLAINTIFF'S APPLICATION FOR DISTRIBUTION OF BANKRUPTCY MONIES TO CLASS MEMBERS AND DISMISSING ACTION |
| v. | ) |
| WEEKS WHOLESALE ROSE GROWER, INC., | ) (Document 110) |
| Defendant. | ) |

Plaintiffs Sergio Vega, Alfonso Rivera, Juan Morales, Emiliano Armenta, Pedro Rios and Jose Nava filed this wage and hour class action on February 8, 2007. During the class certification process, Defendant Weeks Wholesale Rose Grower, Inc., filed for bankruptcy. Plaintiffs filed a claim in bankruptcy for wages, penalties and attorneys' fees at issue and $31,675 was paid without objection. Defendants has been discharged from bankruptcy.[1]

On May 17, 2012, Plaintiffs filed this application to approve distribution to the class of the $31,675 claim. Having reviewed the papers and documents presented, the Court grants Plaintiffs' application in its entirety as follows:

1.  $7,918.75 (25%) of the net settlement for attorneys fees;

---

[1] According to a Status Report filed on December 13, 2011, the Bankruptcy Court entered an order dismissing the Chapter 11 cases on October 28, 2011. Defendant is no longer operating and has no remaining assets. Counsel for Defendant, Christian Poland, indicated that he no longer has a client to represent, but that he will provide further input if requested to do so by the Court. The Court did not request input for this application.

1

2.   $6,000 to be paid to Mallison & Martinez for costs incurred in this case;

3.   $1,500 for check production, printing, U.S. postage and mailing costs to pay V3 Inc., to mail out checks to the approximately 1000 class members;

4.   $7,745.51 to be equally distributed to year round employees (approximately $93.31 each) by check;

5.   $8,510.73 to be equally distributed to seasonal employees (approximately $9.33 each) by check;

6.   California Rural Legal Assistance is named the Cy Pres Recipient of any employee checks that are uncashed more than 120 days after mailing; and

7.   The case is DISMISSED with prejudice.[2]

IT IS SO ORDERED.

Dated:   **June 14, 2012**              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

---

[2] The Court has reviewed Plaintiffs' June 11, 2012, additional briefing but finds the rationale unpersuasive.

2